**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7503**

ALLEN LEE GODFREY, SR.,

Plaintiff – Appellant,

v.

OFFICER D. R. FAULKNER, RCPD; OFFICER MCNIFF, RCPD; OFFICER
COLLINS; OFFICER JOHN (2) DOE, RCPD; LT. RATLIFF, Roanoke
City Police Officer; OFFICER JOHN (3) DOE, RCPD; OFFICER
JOHN (4) DOE, RCPD; OFFICER JANE DOE, RCPD; SGT. I. T.
ANDERSON, RCPD; ALL OF THE ROANOKE CITY POLICE DEPARTMENT;
CHIEF JOE GASKINS, RCPD; CHIEF CHRIS PERKINS; OFFICER
LOUREIRO, a/k/a Loverio, RCPD,

Defendants.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Norman K. Moon, Senior
District Judge. (7:13-cv-00454-NKM-RSB)

Submitted: February 23, 2017        Decided: February 28, 2017

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Allen Lee Godfrey, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allen Lee Godfrey, Sr., appeals from the district court's order denying his motion filed in his closed 42 U.S.C. § 1983 (2012) action for a transcript at Government expense. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Godfrey v. Faulkner, No. 7:13-cv-00454-NKM-RSB (W.D. Va. Oct. 21, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED